<div style="text-align:center">

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:20-cv-23557-KMW

</div>

RAYMOND T. MAHLBERG,

    **Plaintiff,**

v.

FENDI NORTH AMERICA, INC.,
    **Defendant.**
_____/

<div style="text-align:center">

**PLAINTIFF'S NOTICE OF SETTLEMENT**

</div>

    Plaintiff, RAYMOND T. MAHLBERG, by and through undersigned counsel hereby files this Notice of Settlement to notify this Court that Plaintiff and Defendant have settled this matter. The Stipulation for Dismissal will be filed within 20 days.

    Respectfully submitted,

    Dated this 10th day of September 2020.

<div style="margin-left: 50%">

_s/Acacia Barros_
Attorney for Plaintiff
ACACIA BARROS, P.A.
Acacia Barros, Esq.
FBN: 106277
11120 N. Kendall Dr., Suite 201
Miami, Florida 33176
Tel: 305-639-8381
ab@barroslawfirm.com

</div>

<div style="text-align:center">

**CERTIFICATE OF SERVICE**

</div>

    I hereby certify that on this 10th day of September that the foregoing document the foregoing document has been filed using CM/ECF system and will be served via email when Defendant's counsel enters an appearance.