# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No. 1:20-cv-23557-KMW

**RAYMOND T. MAHLBERG,**

    **Plaintiff,**

v.

**FENDI NORTH AMERICA, INC.,**
    **Defendant.**
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff RAYMOND T. MAHLBERG ("Plaintiff"), and FENDI NORTH AMERICA, INC., (Defendant or "Fendi") (collectively the "Parties"), by and through their respective undersigned counsel, hereby stipulate that, based upon the settlement reached by the Parties in the above-captioned action, all claims be dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

Dated: October 7, 2020.

By: ____s/ Acacia Barros, Esq.
Acacia Barros, Esq.
Florida Bar No. 106277
E-mail: ab@barroslawfirm.com
ACACIA BARROS, P.A.
11120 N1 Kendall Drive, Suite 201
Miami, Florida 33176
Telephone: (305) 639-8381
Facsimile: (786) 364-7327
*Attorney for Plaintiff*

By: */s/ John Houston Pope*
John Houston Pope, Esq.
Florida Bar No. 968595
**EPSTEIN BECKER & GREEN, P.C.**
1 Beach Dr. SE, Suite 303
St. Petersburg, FL 33701
Tel.: 888-503-8320

875 Third Avenue
New York, NY 10022
Tel: (212) 351-4500
Fax: (212) 878-8600